UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-0665-G |
| THE CITY OF MESQUITE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

After making the review required by 28 U.S..C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

July 5, 2011.

_____
**A. JOE FISH
Senior United States District Judge**